| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF KENTUCKY |
| Case number *(if known)* _____  Chapter **11** |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
JRL Energy, Inc.

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)

**4. Debtor's address**  

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **755 Mid Broadwell Road** <br> **Alpharetta, GA 30004** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Fulton** <br> County | Location of principal assets, if different from principal place of business <br> **966 State Hwy 990 Coalgood, KY 40818** <br> Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL) _____

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor **JRL Energy, Inc.**                                                                                   Case number (*if known*)
        Name

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | A. *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   **2121**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
   ☐ A plan is being filed with this petition.
   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

Debtor **JRL Energy, Inc.**                                                                                        Case number (*if known*)
    Name

List all cases. If more than 1, attach a separate list

    Debtor **See Attachment**                                                             Relationship
    District _____   When _____   Case number, if known _____

---

**11. Why is the case filed in *this district*?**   *Check all that apply:*

  ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

  ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
    Contact name _____
    Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

  ☒ Funds will be available for distribution to unsecured creditors.

  ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☒ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **JRL Energy, Inc.**  Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **December 17, 2024**
MM / DD / YYYY

**X** **/s/ Tim B. Lusby**                                **Tim B. Lusby**
Signature of authorized representative of debtor          Printed name

Title **CEO**

**18. Signature of attorney**

**X** **/s/ Laura Day DelCotto**                          Date **December 17, 2024**
Signature of attorney for debtor                          MM / DD / YYYY

**Laura Day DelCotto 81763**
Printed name

**DelCotto Law Group PLLC**
Firm name

**200 North Upper St.
Lexington, KY 40507**
Number, Street, City, State & ZIP Code

Contact phone **(859) 231-5800**   Email address **ldelcotto@dlgfirm.com**

**81763 KY**
Bar number and State

Debtor **JRL Energy, Inc.** Case number (*if known*)
       Name

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
EASTERN DISTRICT OF KENTUCKY

Case number (*if known*) _____  Chapter **11**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | |
|---|---|---|---|---|
| Debtor | **JRL Acquisition, Inc.** | | Relationship to you | **non-operating entity** |
| District | **Eastern District of Kentucky** | When **12/17/24** | Case number, if known | |
| Debtor | **JRL Coal, Inc.** | | Relationship to you | **operating entity** |
| District | **Eastern District of Kentucky** | When **12/17/24** | Case number, if known | |
| Debtor | **JRL Underground, Inc.** | | Relationship to you | **non-operating entity** |
| District | **Eastern District of Kentucky** | When **12/17/24** | Case number, if known | |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name  **JRL Energy, Inc.** | |
| United States Bankruptcy Court for the: **EASTERN DISTRICT OF KENTUCKY** | |
| Case number (if known) _____ | ☐ Check if this is an amended filing |

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration   **See attached Combined Top 20 Unsecured Creditors**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **December 17, 2024**       X **/s/ Tim B. Lusby**
                                            Signature of individual signing on behalf of debtor

                                            **Tim B. Lusby**
                                            Printed name

                                            **CEO**
                                            Position or relationship to debtor

Official Form 202        **Declaration Under Penalty of Perjury for Non-Individual Debtors**

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | **JRL Energy, Inc.** | |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF KENTUCKY** | |
| Case number (if known): | | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **-NONE-** | | | | | | |

Official Form 204

Chapter 11 or Chapter 9 Cases: List of Creditors who Have the 20 Largest Unsecured Claims and Are Not Insiders

A List of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of Claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Dominion Energy South Carolina c/o John T. Lay, Jr. Gallivan White & Boyd, P.A. PO Box 7368 Columbia, SC 29202-7368 | | | Contingent Unliquidated Disputed | | Offset claimed (also unliquidated) | $23,101,597 prior to any offset |
| Thorberg Collectorate, Inc. 141 NW 13th Street, Suite 100 Oklahoma City, OH 73104 | | | | $11,546,433 | $2,692,338 | $8,854,094 |
| Libertas 411 West Putnam Avenue, Suite 220 Greenwich, CT 06830 | | | | $4,394,350 | $2,692,338 | $1,702,012 |
| Syzygy Asset Management LLC 755 Mid Broadwell Road | | | | $10,533,181.00 | $2,692,338 | $7,860,843 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Milton, GA 30004 | | | | | | |
| JRL Factoring LLC<br>759 Mid Broadwell Road<br>Milton, GA 30004 | | | | $9,977,762.00 | $2,692,338 | $7,285,424 |
| KY Dept. of Revenue<br>Legal Branch -<br>Bankruptcy Section<br>P. O. Box 5222<br>Frankfort, KY 40602 | | State Taxes | | | | $914,246 |
| Kentucky State Treasurer<br>Kentucky Department of Revenue<br>501 High Street<br>Frankfort, KY 40601 | | | | | | $884,041 |
| Kentucky River Properties LLC<br>PO Box 633650<br>Cincinnati, OH 45263-3650 | | | | | | $467,458 |
| Harlan County<br>Sheriff<br>P.O. Box 978<br>Harlan, KY 40831 | | | | | | $376,000 |
| Cumberland Surety, Inc.<br>200 N. Upper St.<br>Lexington, KY 40507 | | | | | | $358,325 |
| Doss Fuelco Incorporated<br>PO Box 729<br>Harlan, KY 40831 | | | | | | $347,346 |
| Industrial Supply Co.<br>P.O. Box 1906<br>Knoxville, TN 37901 | | | | | | $288,595 |
| Harlan County Attorney<br>P.O. Box 1440<br>Coalgood, KY 40818 | | | | | | $253,000 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Anthem Blue Cross and Blue Shield<br>P.O. Box 645438<br>Cincinnati, OH 45264-5438 | | | | | | $216,784 |
| Strata Products Worldwide, LLC<br>8800 Roswell Road Ste. 145<br>Sandy Springs, GA 30350 | | | | | | $216,446 |
| Kentucky Mine Supply Company<br>PO Box 779<br>Harlan, KY 40831 | | | | | | $206,935 |
| Mayo Energy Inc.<br>305 Hill Road<br>Southern Pines, NC 28387 | | | | | | $205,495 |
| United Industrial Services of VA<br>101 Spruce Street<br>.Rich Creek, VA 24147 | | | | | | $196,890 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | Federal Taxes | | | | $164,370 |
| Kentucky Utilities Company<br>PO Box 9001954<br>Louisville, KY 40290-1954 | | | | | | $146,335 |
| | | | | | | |

# United States Bankruptcy Court
### Eastern District of Kentucky

In re **JRL Energy, Inc.**  
Debtor(s)

Case No. _____  
Chapter **11**

# VERIFICATION OF MAILING LIST MATRIX

I, the CEO of the corporation named as the petitioner(s) in the above-styled bankruptcy action, declare under penalty of perjury that the attached mailing list matrix of creditors and other parties in interest consisting of __1__ page(s) is true and correct and complete, to the best of my (our) knowledge.

Date: **December 17, 2024**

**/s/ Tim B. Lusby**  
**Tim B. Lusby**/**CEO**  
Signer/Title

I, _____**Laura Day DelCotto 81763**_____, counsel for the petitioner(s) in the above-styled bankruptcy action, declare that the attached Master Address List consisting of __1__ page(s) has been verified by comparison to Schedules D through H to be complete, to the best of my knowledge. I further declare that the attached Master Address List can be relied upon by the Clerk of Court to provide notice to all creditors and parties in interest as related to me by the debtor(s) in the above-styled bankruptcy action until such time as any amendments may be made.

Date: **December 17, 2024**

**/s/ Laura Day DelCotto**  
Signature of Attorney  
**Laura Day DelCotto 81763**  
**DelCotto Law Group PLLC**  
**200 North Upper St.**  
**Lexington, KY 40507**  
**(859) 231-5800   Fax: (859) 281-1179**

FCS Advisors, LLC


Georgia Department of Revenue
1800 Century Blvd NE
Atlanta GA 30345


Harlan County Attorney
P.O. Box 1440
Coalgood KY 40818


Harlan County Sheriff
P.O. Box 978
Harlan KY 40831


Internal Revenue Service
P.O. Box 7346
Philadelphia PA 19101-7346


KY Dept. of Revenue
Legal Branch - Bankruptcy Section
P. O. Box 5222
Frankfort KY 40602


TCI-Bluegrass Lender LLC
141 NW 13th Street, Suite 100
Oklahoma City OK 73104