UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

IN RE:

JRL ENERGY, INC, *et al.*[1]

DEBTORS

CASE NO. 24-61173
CHAPTER 11

*(JOINT ADMINISTRATION)*

## RENEWED MOTION OF ROSS A. PLOURDE FOR ADMISSION *PRO HAC VICE*

Ross A. Plourde, McAfee & Taft A Professional Corporation, 211 N. Robinson Ave., 8th Floor South, Two Leadership Square, Oklahoma City, OK 73102 files this renewed motion for an order admitting him to practice before this Court *pro hac vice* to allow him to represent TCI-Bluegrass Lender, LLC and affiliates in the captioned bankruptcy proceeding. In support hereof, movant states:

1. I am admitted to practice before the Supreme Court of the State of Oklahoma. I am also admitted to practice before the United States Supreme Court, the United States Courts of Appeal for the First, Third, Fifth, Ninth, Tenth, and Eleventh Circuits, the United States District Courts for the Western, Eastern and Northern Districts of Oklahoma, the Northern, Southern, and Western Districts of Texas, the District of Colorado, the Central District of Illinois, the Southern District of Indiana, the District of Nebraska. I am also admitted to practice before numerous bankruptcy courts and the United States Tax Court. I am in good standing with each and every court before which I have been admitted to practice.

---

[1] The Debtors in these chapter 11 case are JRL Energy Inc and its subsidiaries JRL Coal, Inc., JRL Underground, Inc. and JRL Acquisition, LLC.

2. I am not and have never been disbarred, suspended from practice, or subject to other disciplinary action by any court, Bar, or other admitting or licensing authority.

3. I consent to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

4. I have completed electronic court filing training for both the United States District Court for the Western District of Oklahoma and the United States Bankruptcy Court for the Western District of Oklahoma.

5. This Court previously entered an order permitting me to appear *pro hac vice* in this case subject to payment of the fee required pursuant to Rule LR 83.2 of the Local Rules of the United States District Court for the Eastern District of Kentucky. Due to an apparent miscommunication with my legal assistant, the fee was not timely paid, and this Court revoked its order permitting my admission. The fee has since been paid, and if required, I will tender a second payment of the required fee to the Clerk of the Court for United States District Court for the Eastern District of Kentucky.

Respectfully submitted,

*/s/ Ross A. Plourde*
Ross A. Plourde, OBA #7193
MCAFEE & TAFT A PROFESSIONAL CORPORATION
211 North Robinson
8th Floor South, Two Leadership Square
Oklahoma City, OK 73102-7103
405/235-9621; 405/235-0439 (FAX)
ross.plourde@mcafeetaft.com

## **CERTIFICATE OF SERVICE**

      In addition to the parties who will be served electronically by the Court's ECF System, the undersigned certifies that a true and accurate copy of the foregoing was served by electronic mail or first-class U.S. mail, postage prepaid, on March 13, 2025, on the Combined Master Service List.

*/s/ Ross A. Plourde*