UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

IN RE:

JRL ENERGY, INC, *et al.*[1]

DEBTORS IN POSSESSION.

CASE NO.: 24-61173
CHAPTER 11

JOINTLY ADMINISTERED

**MOTION TO APPEAR TELEPHONICALLY**

Counsel for Creditor, Rockwood Casualty Insurance Company ("Rockwood"), respectfully moves this Court for permission to appear telephonically at the hearing on Rockwood's motion for allowance and payment of amounts owned under insurance agreement as administrative expense [Doc. 229] and motion to shorten notice [Doc. 230]. This hearing is scheduled for March 20, 2025 at 9:00 a.m. (EST) in the United States Bankruptcy Court at 100 East Vine Street, Courtroom, Lexington Kentucky. [Doc. 236, Notice of Hearing.] In support of this motion, counsel seeks to monitor the hearing and be available to answer questions of the court. Rockwood also is represented by Mary Elisabeth Naumann and Chacey Malhouitre of Jackson Kelly PLLC. Ms. Naumann will be attending this hearing in person for argument.

WHEREFORE, Louis M. Bubala III, respectfully requests an order allowing him to appear at the hearing before the Honorable Judge Gregory Schaaf at the hearing scheduled for March 20, 2025 at 9:00 a.m. (EST) in Lexington, Kentucky, by telephone.

Dated: March 18, 2025

KAEMPFER CROWELL

By: _____
Louis M. Bubala III, Nev. Bar No. 8974
Admitted Pro Hac Vice
50 W. Liberty Street, Suite 1100
Reno, Nevada 89501
Telephone: (775) 852-3900 /Facsimile: (775) 327-2011
E-Mail: lbubala@kcnvlaw.com
*Counsel for Rockwood Casualty Insurance Company*

---

[1] The Debtors in these chapter 11 cases are JRL Energy, Inc., and its subsidiaries JRL Coal, Inc.; JRL Underground, Inc.; and JRL Acquisition, LLC.



**CERTIFICATE OF SERVICE**

I certify that I am an employee of Kaempfer Crowell; that I am over the age of 18 and not a party to the above-referenced case. I further certify that on Monday, March 17, 2025, a true and correct copy of the following document(s) was/were filed and served as indicated below.

1. **MOTION TO APPEAR TELEPHONICALLY**

  X   **BY NOTICE OF ELECTRONIC FILING** through the Court's Electronic Case Filing System upon all Filing Users accepting Notice of Electronic Filing.

DATED: March 18, 2025

By: /s/ Kylie Milks
Kylie Milks
An Employee of KAEMPFER CROWELL

**KAEMPFER CROWELL**