UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

IN RE:

JRL ENERGY, INC, *et al.*[1]

DEBTORS

CASE NO. 24-61173
CHAPTER 11

*(JOINT ADMINISTRATION)*

### ORDER AUTHORIZING DISBURSEMENT OF ESCROW FUNDS

On April 17, 2025, this matter came before the Court for status conference. The Debtors, JRL Energy, Inc., *et al* ("JRL"), advised the Court that upon request of Straight Creek Acquisition, LLC ("SCA"), the winning bidder at the auction of JRL's assets, closing of the sale has been postponed until April 25, 2025. JRL and SCA further advised the Court that JRL and SCA had agreed that in order to fund the expenses of JRL through the extended closing, JRL should be authorized to immediately disburse from the $500,000 deposit paid by SCA and currently held in the trust account of counsel to JRL the sum of $204,930.01. JRL and SCA agree, and request that the Court so order, that JRL should be authorized and directed to use those funds to pay $41,434.00 to Kentucky Utilities, $49,268.55 to pay hourly payroll employees as per Pre Process Payroll Summary #138613, $89,150.01 to pay salary payroll employees as per Pre Process Payroll Summary #138613, and $25,077.45 to pay Pre Process Payroll Summary #138614. Additionally, at the request of counsel to JRL, TCI-DIP Lender LLC ("TCI") reaffirms that TCI's right to repayment of the debtor-in-possession loan from TCI to JRL (the "DIP Loan"), including repayment from the $500,000 deposit, is subordinate to the right of

---

[1] The Debtors in these chapter 11 case are JRL Energy Inc and its subsidiaries JRL Coal, Inc., JRL Underground, Inc. and JRL Acquisition, LLC.

counsel to JRL to payment of fees and retainer as provided in the order approving the DIP Loan. The Court finds that such request should be granted.

It is ORDERED that the JRL and its counsel are authorized to immediately disburse from the $500,000 deposit paid by SCA the sum of $$204,930.01 to be used as provided above.

It is FURTHER ORDERED that JRL is authorized and directed to use those funds to pay $41,434.00 to Kentucky Utilities, $49,268.55 to pay hourly payroll employees as per Pre Process Payroll Summary #138613, $89,150.01 to pay salary payroll employees as per Pre Process Payroll Summary #138613, and $25,077.45 to pay Pre Process Payroll Summary #138614.

Tendered by:

DELCOTTO LAW GROUP PLLC
/s/ Laura Day DelCotto, Esq.
KY Bar No. 81763
Heather M. Thacker, Esq.
200 North Upper Street
Lexington, KY 40507
Telephone: (859) 231-5800
Facsimile: (859) 281-1179
ldelcotto@dlgfirm.com
hthacker@dlgfirm.com
COUNSEL FOR DEBTORS AND
DEBTORS IN POSSESSION


/s/ Mason L. Miller
MASON L. MILLER
MILLER EDWARDS RAMBICURE PLLC
300 East Main Street, Suite 360
Lexington, KY 40507
Telephone: (859) 281-0077
Facsimile: (859) 957-1889
Email: mmiller@merlegal.com
COUNSEL TO STRAIGHT CREEK
ACQUISITION, LLC

    */s/ Ross A. Plourde*
Ross A. Plourde, OBA #7193
MCAFEE & TAFT A PROFESSIONAL
CORPORATION
211 North Robinson
8th Floor South, Two Leadership Square
Oklahoma City, OK 73102-7103
405/235-9621; 405/235-0439 (FAX)
ross.plourde@mcafeetaft.com
COUNSEL TO TCI-DIP LENDER, LLC

___

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Gregory R. Schaaf*
**Bankruptcy Judge
Dated: Friday, April 18, 2025
(grs)**