UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

IN RE:

JRL ENERGY, INC, *et al.*[1]

DEBTORS

CASE NO. 24-61173

CHAPTER 11

(JOINT ADMINISTRATION)

## REPORT OF SALE

JRL Energy, Inc., and each of the jointly administered Debtors (the "Debtors"), and 101 Coal, Inc., assignee of Straight Creek Acquisition, LLC (the "Buyer"), by their respective counsel, and pursuant to the Order (I) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests, (II) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (III) Granting Related Relief [ECF No. 370] (the "Sale Order"), hereby give notice that the closing of the sale of the Debtors' assets was consummated on April 30, 2025. The Sale Purchase Price of $5,000,000.00 has been disbursed by the Buyer as follows:

**Disbursed at Closing**

Assumed Coal Lease Cure Costs

| | |
|---|---|
| Asher Land & Mineral | $180,931.00 |
| Douglas Nelson | $31,872.00 |
| DP Nelson Minerals Trust | $161,712.00 |
| KY River Properties LLC | $535,704.00 |
| Laura Grubb | $134,101.00 |
| Mary Helen Coal Corp. | $15,819.00 |
| Mayo Energy Inc. | $316,945.00 |

---

[1] The Debtors in these chapter 11 case are JRL Energy Inc and its subsidiaries JRL Coal, Inc., JRL Underground, Inc. and JRL Acquisition, LLC.

| | |
|---|---:|
| Olga Nelson Svendson | $47,674.00 |
| Penn VA Operating Co | $3,750.00 |
| Rebecca Riddle | $134,101.00 |
| Lynda Gousha | $1,012.00 |
| John H. Fudold III | $2,458.00 |
| Andrew E.B. Fudold | $982.00 |
| TOTAL | $1,567,061.00 |

DIP Loan/Professional fee carve-out

| | |
|---|---:|
| TCI (credit) | $1,300,000.00 |
| DelCotto Law Group | $200,000.00 |
| TOTAL | $1,500,000.00 |

Secured Creditors

| | |
|---|---:|
| Indemnity National | $383,377.76 |
| TCI/GNCU Claim (credit) | $1,549,561.24 |
| TOTAL | $1,932,939.00 |

| | |
|---|---:|
| TOTAL DISBURSED AT CLOSING | $5,000,000.00 |

**Disbursed outside Closing**

Secured Creditors

| | |
|---|---:|
| Volvo Financial | $250,000.00 |
| Caterpillar | $1,150,000.00 |
| TOTAL | $1,400,000.00 |

| | |
|---|---:|
| **TOTAL DISBURSED** | **$6,400,000.00** |

.

Respectfully submitted,

DELCOTTO LAW GROUP PLLC

/s/ Laura Day DelCotto\
Laura Day DelCotto, Esq.\
Heather M. Thacker, Esq.\
200 North Upper Street\
Lexington, KY 40507\
Telephone: (859) 231-5800\
Facsimile: (859) 281-1179\
ldelcotto@dlgfirm.com\
hthacker@dlgfirm.com\
COUNSEL FOR DEBTORS\
AND DEBTORS IN POSSESSION

and

/s/ Mason L. Miller\
MASON L. MILLER\
MILLER EDWARDS\
RAMBICURE PLLC\
300 East Main Street, Suite 360\
Lexington, KY 40507\
Telephone: (859) 281-0077\
Facsimile: (859) 957-1889\
Email: mmiller@merlegal.com\
COUNSEL TO STRAIGHT CREEK\
ACQUISITION, LLC

## CERTIFICATE OF SERVICE

In addition to the parties who will be served electronically by the Court's ECF System, the undersigned certifies that a true and accurate copy of the foregoing was served by electronic mail or first-class U.S. mail, postage prepaid, on May 1, 2025, on the Combined Master Service List.

/s/ Laura Day DelCotto\
COUNSEL FOR DEBTORS\
AND DEBTORS IN POSSESSION